## Ex parte LAPIQUE.

### Cr. No. 1040; June 9, 1903.

#### 72 Pac. 995.

**Habeas Corpus.**—A Petition for Habeas Corpus on the ground that the petitioner has been committed without reasonable cause, which does not set forth the evidence taken at the preliminary examination, is insufficient.

McFARLAND, J.—The petition herein for a writ of habeas corpus is on the alleged ground that the petitioner is held under a commitment issued without reasonable or probable cause; but the petition does not set forth the evidence taken at the preliminary examination, and is therefore insufficient: Ex parte Walpole, 84 Cal. 584, 24 Pac. 308. The petition is denied.